JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NAHID YAZDANPARAST,

                    Plaintiff,

          v.

ASHLEY FURNITURE INDUSTRIES,
LLC, et al.

                    Defendants.

Case No. 2:23-cv-03819-FLA (Ex)

**ORDER REMANDING ACTION**

On May 18, 2023, Defendant Ashley Furniture Industries, LLC ("Ashley Furniture") removed this action based on alleged diversity jurisdiction.  Dkt. 1.  The court ordered all parties to show cause why the action should not be remanded for lack of subject matter jurisdiction, including but not limited to an insufficient amount in controversy.  Dkt. 14.  The court received and reviewed responses from Plaintiff Nahid Yazdanparast ("Plaintiff"), Ashley Furniture, and Defendant GGP Northridge Fashion Center, LP, erroneously sued as Brookfield Properties Retail Group ("GGP"). Dkts. 15, 18, 19, 20.

Pursuant to 28 U.S.C. § 1446 (b)(2)(A), "[w]hen a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action."  Although GGP was served on April 13, 2023, Ashley Furniture unilaterally removed this action on May 18, 2023, acknowledging that GPP was required to join in the Notice of Removal but had not yet appeared in the state action.  Dkts. 1, 1-5.  On June 28, 2023, GGP filed a Notice of Non-Joinder in Removal.  Dkt. 12.  In response to the court's OSC, GGP maintains it does not join in or consent to the removal, and accordingly, requests this action be remanded.  Dkt. 15; *see* 28 U.S.C. § 1446 (b)(2)(A).  The court agrees 28 U.S.C. § 1446 (b)(2)(A) compels it to remand this action, given GGP's refusal to join in the removal.

Accordingly, the court REMANDS this action to the Los Angeles County Superior Court, Case No. 21STCV43665.  All dates and deadlines are VACATED.

IT IS SO ORDERED.

Dated: July 26, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge